BLACKWOOD, INC., Petitioner

v.

**READING BLUE MOUNTAIN & NORTHERN RAILROAD COMPANY, Respondent**

**Blackwood, Inc., Respondent**

v.

**Reading Blue Mountain & Northern Railroad Company, Cross Petitioner**

No. 564 MAL 2016
No. 608 MAL 2016

Supreme Court of Pennsylvania.

January 18, 2017

## ORDER

PER CURIAM

**AND NOW,** this 18th day of January, 2017, the Petition for Allowance of Appeal is **DENIED.**

Justice Donohue and Justice Mundy did not participate in the consideration or decision of this matter.

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Tracey Raynard BRADLEY, Petitioner**

No. 613 MAL 2016

Supreme Court of Pennsylvania.

January 18, 2017

## ORDER

PER CURIAM

**AND NOW,** this 18th day of January, 2017, the Petition for Allowance of Appeal ·is **DENIED.**

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Duke Roland PSORAS, Petitioner**

No. 592 MAL 2016

Supreme Court of Pennsylvania.

January 18, 2017

## ORDER

PER CURIAM

**AND NOW,** this 18th day of January, 2017, the Petition for Allowance of Appeal is **DENIED.**